FILED & ENTERED

MAR 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>R2 Marketing & Consulting, LLC,<br><br>                                   Debtor(s). | Case No.: 8:25-bk-10631-SC<br><br>CHAPTER 11<br><br>**ORDER DIRECTING DEBTOR TO APPEAR AND SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**<br><br>Date:         March 27, 2025<br>Time:         10:00 a.m.<br>Courtroom:  5C – In person |

In reviewing this case, which was filed on March 12, 2025, as an emergency filing, the Court notes the recent dismissal on February 27, 2025, of a previously filed Chapter 11 case, Case Number 8:24-bk-12045, which was dismissed for Debtor's failure to comply with this Court's orders regarding the filing of a disclosure statement and plan, the failure to file a status report, and the failure to timely file monthly operating reports (*see*, Dk. 299 in Case Number 8:24-bk-12045).  No motion for reconsideration was filed and no appeal was taken. The Court further notes that at least thirteen creditors filed successful and, in many instances, substantively unopposed, motions for relief from stay in Case Number 8:24-bk-12045. Accordingly, having considered the

-1-

dockets of both cases, Debtor's principal, and Debtor's counsel, are directed to appear in person on March 27, 2025, at 10:00 a.m. in Courtroom 5C and show cause why this case should not be dismissed as a bad faith filing. Any response to this order must be filed by no later than March 20, 2025. If Debtor fails to timely file a response, or files a response, but fails to appear at the hearing, the Court will dismiss the case, without further notice.

**IT IS SO ORDERED.**

Date: March 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge