| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro 102229<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>310 804 2157 (v)<br>Obkatty@aol.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>R2 Marketing & Consulting, LLC<br><br><br><br>Debtor(s) | CASE NO.:  8:25-bk-10631-SC<br>CHAPTER:  11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B   ☐ Schedule C   ☒ Schedule D   ☒ Schedule E/F   ☐ Schedule G
☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   X Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 03/14/2025

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                          F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify the case:

Debtor Name **R2 Marketing and Consulting, LLC**

United States Bankruptcy Court for the: **Central** District of **California**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **US Bank** | **Checking account** | **9  1  2  9** | $1,000.00 |
| 3.2. **US Bank** | **Checking account** | **9  0  8  7** | $300.00 |
| 3.3. **US Bank** | **Checking account** | **9  1  9  4** | $53.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $1,353.00 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **R2 Marketing and Consulting, LLC**    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    $\boxed{\phantom{XXXXX}}$

---

**Part 3:**    Accounts receivable

10.    **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =..... ➡    _____
    face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    _____ - _____ =..... ➡    _____
    face amount    doubtful or uncollectible accounts

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $\boxed{\phantom{XXXXX}}$

---

**Part 4:**    Investments

13.    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | _____ | _____ _____ |
| 14.2 | _____ | _____ _____ |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 | _____ | _____ | _____ _____ |
| 15.2 | _____ | _____ | _____ _____ |

Debtor    **R2 Marketing and Consulting, LLC**
_____    Case number *(if known)* _____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|------------------------------------------|------------------------------------|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|----------------------------------------------------------------------------------|

Debtor    **R2 Marketing and Consulting, LLC**                                    Case number *(if known)*
_____
Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **R2 Marketing and Consulting, LLC**

Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Desks, Chairs** | **$1,000.00** | | **$1,000.00** |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Printer** | **$600.00** | **Purchase** | **$600.00** |
| **8 computers** | **unknown** | **Comparables** | **$4,000.00** |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| **43.** **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$5,600.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2021 Chrysler Voyager /** VIN: **2C4RC1DG3MR603967 Color Granite** | **$43,525.00** | **Bumper.com** | **$43,525.00** |
| 47.2 **2019 Dodge Caravan /** VIN: **2C7WDGBGXKR805095 Color White** | **$18,000.00** | **Bumper.com** | **$18,000.00** |

| Debtor | **R2 Marketing and Consulting, LLC** | Case number *(if known)* |
|--------|--------------------------------------|--------------------------|
|        | Name                                 |                          |

| | | | |
|---|---|---|---|
| 47.3 | **2019 Dodge Grand Caravan /** VIN: 2C7WDGBG9KR805167 Color White | $18,000.00 | Bumper.com | $18,000.00 |
| 47.4 | **2022 Chrysler Voyager /** VIN: 2C4RC1CG3NR154051 Color Granite | $26,425.00 | Bumper.com | $26,425.00 |
| 47.5 | **2021 Chrysler Voyager /** VIN: 2C4RC1DG6MR586839 Color Red | $25,425.00 | Bumper.com | $25,425.00 |
| 47.6 | **2022 Dodge Voyager /** VIN: 2C4RCCG6NR171815 Color White | $25,875.00 | Bumper.com | $25,875.00 |
| 47.7 | **2019 Dodge Caravan /** VIN: 2C7WDGBG1KR803199 Color White | $18,000.00 | Bumper.com | $18,000.00 |
| 47.8 | **2022 Toyota Sienna Hybrid /** VIN: 5TDKRKEC1NS099848 Color White | $39,575.00 | Bumper.com | $39,575.00 |
| 47.9 | **2021 Chrysler Voyager /** VIN: 2C4RC1DGXMR602055 Color Granite | $24,625.00 | Bumper.com | $24,625.00 |
| 47.10 | **2022 Toyota Sienna Hybrid /** VIN: 5TDKRKEC5NS100161 Color White | $39,575.00 | Bumper.com | $38,575.00 |
| 47.11 | **2022 Chrysler Voyager /** VIN: 2C4RC1CG2NR153960 Color White | $26,425.00 | Bumper.com | $26,425.00 |
| 47.12 | **2022 Chrysler Voyager /** VIN: 2C4RC1CG6NR154030 Color Granite | $26,425.00 | Bumper.com | $26,425.00 |
| 47.13 | **2022 Chrysler Voyager /** VIN: 2C4RC1CG6NR171782 Color White | $25,875.00 | Bumper.com | $25,875.00 |
| 47.14 | **2020 Dodge Caravan /** VIN: 2C4RDGBG4LR171259 Color Gray | $21,625.00 | | $21,625.00 |
| 47.15 | **2022 Chrysler Voyager /** VIN: 2C4RC1CG6NR159387 Color Granite | $26,425.00 | Bumper.com | $26,425.00 |
| 47.16 | **2022 Chrysler Voyager /** VIN: 2C4RC1CG6NR154061 Color Granite | $26,425.00 | Bumper.com | $26,425.00 |
| 47.17 | **2023 Chrysler Voyager /** VIN: 2C4RC1CG9PR591751 Color White | $25,225.00 | Bumper.com | $25,225.00 |
| 47.18 | **2023 Chrysler Voyager /** VIN: 2C4RC1CG9PR591801 Color White | $25,225.00 | Bumper.com | $25,225.00 |
| 47.19 | **2023 Chrysler Voyager /** VIN: 2C4RC1CG1PR591744 Color White | $25,225.00 | Bumper.com | $25,225.00 |
| 47.20 | **2023 RAM Dodge Postmaster 2500 /** VIN: 3C6LRVPG6PE552999 Color White | $49,890.00 | Bumper.com | $49,890.00 |
| 47.21 | **2023 RAM Dodge Postmaster 2500 /** VIN: 3C6LRVPG542091 Color White | $49,885.00 | Bumper.com | $49,886.00 |
| 47.22 | **2022 RAM Dodge Postmaster 3500 /** VIN: 3C6MRVUG4NE138805 Color White | $49,281.00 | Bumper.com | $49,281.00 |
| 47.23 | **2022 RAM Dodge Postmaster 3500 /** VIN: 3C6MRVUG6NE138806 Color White | $49,259.00 | Bumper.com | $49,259.00 |

Debtor    **R2 Marketing and Consulting, LLC**                              Case number *(if known)*
          Name

| | | | |
|---|---|---|---|
| 47.24 **2023 RAM Dodge Postmaster 3500 / VIN:** **3C6MRVUG6PE527643 Color White** | $50,991.00 | Bumper.com | $50,991.00 |
| 47.25 **2023 Chrysler Voyager / VIN: 2C4RC1CG4PR617222 Color** **White** | $25,225.00 | Bumper.com | $25,225.00 |
| 47.26 **2023 Chrysler Voyager / VIN: 2C4RC1CG7PR608207 Color** **White** | $25,225.00 | Bumper.com | $25,225.00 |
| 47.27 **2023 Chrysler Voyager / VIN: 2C4RC1CGXPR617256 Color** **White** | $25,225.00 | Bumper.com | $25,225.00 |
| 47.28 **2023 Chrysler Voyager / VIN: 2C4RC1CG2pr617218 Color** **White** | $25,225.00 | Bumper.com | $25,225.00 |
| 47.29 **2022 Chrysler Voyager / VIN: 2C4RC1CGXNR219946 Color** **White** | $22,550.00 | Bumper.com | $22,550.00 |
| 47.30 **2022 Chrysler Voyager / VIN: 2C4RC1CG4PR617253 Color** **White** | $25,225.00 | Bumper.com | $25,225.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                    | $904,882.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **R2 Marketing and Consulting, LLC**                                      Case number *(if known)* _____
_____
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                                                   _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** | | | |
| www.ridewithr2.com | **unknown** | **Experience** | **unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64.  **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |

Debtor   **R2 Marketing and Consulting, LLC**                                      Case number *(if known)* _____
_____
Name

---

65. **Goodwill**

    _____    _____  _____  _____

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                        | _____ |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ➡   _____
                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                               _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____                               _____

    **Nature of claim**    _____

    **Amount requested**    _____

---

Debtor   **R2 Marketing and Consulting, LLC**
Name                                                          Case number *(if known)*

---

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Nature of claim**

     **Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

Debtor    **R2 Marketing and Consulting, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,353.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $904,882.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................ ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............................91a. | $911,835.00 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $911,835.00 |

Fill in this information to identify the case:

Debtor name  **R2 Marketing and Consulting, LLC**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**2.1** Creditor's name

**Ally Financial**

Creditor's mailing address

**500 Woodward Ave Fl 10**

**Detroit, MI 48226-3423**

Creditor's email address, if known

_____

Date debt was incurred    **03/17/2023**

Last 4 digits of account    **1  1  5  9**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$50,496.79**    **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**    **$2,839,626.21**

| Debtor | **R2 Marketing and Consulting, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.2** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**500 Woodward Ave Fl 10**

**Detroit, MI 48226-3423**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chrysler Voyager, 2022 Chrysler Voyager

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | | |
|---|---|---|
| | **$50,496.79** | **$52,850.00** |

Debtor    **R2 Marketing and Consulting, LLC**
    Name                                                      Case number (if known) _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**500 Woodward Ave Fl 10**

**Detroit, MI 48226-3423**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Dodge Caravan                    $45,995.32    $21,625.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor  **R2 Marketing and Consulting, LLC**                                    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**
**Ally Financial**

**Creditor's mailing address**
**500 Woodward Ave Fl 10**
**Detroit, MI 48226-3423**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2023 Chrysler Voyager                          $57,914.29        $25,225.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    **R2 Marketing and Consulting, LLC**                                Case number (if known) _____
            Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**500 Woodward Ave Fl 10**

**Detroit, MI 48226-3423**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Chrysler Voyager                          $57,914.29              $25,225.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor   **R2 Marketing and Consulting, LLC**
_____

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Ally Financial**
_____

**Creditor's mailing address**

**500 Woodward Ave Fl 10**
_____

**Detroit, MI 48226-3423**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Chrysler Voyager

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | Column A | Column B |
|---|---|---|
| 2023 Chrysler Voyager | $57,914.29 | $25,225.00 |

Debtor   **R2 Marketing and Consulting, LLC**                                  Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

American National Bank

**Creditor's mailing address**

3030 Ames Ave

Omaha, NE 68111-2459

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **9  1  5  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge Voyager

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$52,620.66**          **$25,875.00**

Debtor    **R2 Marketing and Consulting, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**American National Bank**

**Creditor's mailing address**

**3030 Ames Ave**

**Omaha, NE 68111-2459**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chrysler Voyager

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$52,563.64**    **$26,425.00**

Debtor    **R2 Marketing and Consulting, LLC**

Name                                                        Case number (if known) _____

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.9** | Creditor's name | | | |
|---|---|---|---|---|

**2.9**    **Creditor's name**

**American National Bank**

**Describe debtor's property that is subject to a lien**

2022 Chrysler Voyager                    $52,620.66        $25,875.00

**Describe the lien**

_____

**Creditor's mailing address**

**3030 Ames Ave**

**Omaha, NE 68111-2459**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **R2 Marketing and Consulting, LLC**
_____    Case number (if known) _____
    Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10**   **Creditor's name**

**American National Bank**

**Creditor's mailing address**

**3030 Ames Ave**

**Omaha, NE 68111-2459**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chrysler Voyager            **$54,043.29**       **$26,425.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **R2 Marketing and Consulting, LLC**
    Name    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11** Creditor's name

**American National Bank**

Creditor's mailing address

**3030 Ames Ave**

**Omaha, NE 68111-2459**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __   __ __
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2022 Chrysler Voyager    **$54,043.29**    **$26,425.00**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **R2 Marketing and Consulting, LLC**                                   Case number (if known) _____
         <span>Name</span>

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.12** **Creditor's name**

**Chrysler Capital**

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **01/15/2021**

**Last 4 digits of account number**   **2**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Chrysler Voyager                                    **$55,483.56**         **$43,525.00**

**Describe the lien**

**Agreed**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **R2 Marketing and Consulting, LLC**                                   Case number (if known) _____
     Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.13** **Creditor's name**

**Chrysler Capital**

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Dodge Caravan              **$31,163.25**        **$18,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor    **R2 Marketing and Consulting, LLC**                                    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

**Chrysler Capital**

**Describe debtor's property that is subject to a lien**

2019 Dodge Grand Caravan                    $28,939.35            $18,000.00

**Creditor's mailing address**

**Po Box 660335**

**Describe the lien**

**Dallas, TX 75266-0335**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

_____

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | **R2 Marketing and Consulting, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

**Chrysler Capital**

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Dodge Caravan

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$28,939.35**

Column B: **$18,000.00**

| Debtor | **R2 Marketing and Consulting, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

**Chrysler Capital**

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Toyota Sienna Hybrid

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$62,966.57**     **$39,575.00**

| Debtor | **R2 Marketing and Consulting, LLC** | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Value of collateral*<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.17 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | **Chrysler Capital** | 2021 Chrysler Voyager | $55,483.56 | $24,625.00 |

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor  **R2 Marketing and Consulting, LLC**                              Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18 Creditor's name**

**Chrysler Capital**

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Toyota Sienna Hybrid                    **$62,966.57**        **$38,575.00**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   **R2 Marketing and Consulting, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.19** Creditor's name

**Chrysler Capital**

Creditor's mailing address

**Po Box 660335**

**Dallas, TX 75266-0335**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2023 Chrysler Voyager                                   $53,422.29        $25,225.00

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **R2 Marketing and Consulting, LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** **Creditor's name**

**Chrysler Capital**

**Describe debtor's property that is subject to a lien**

2023 Chrysler Voyager                                  $52,423.29                 $25,225.00

**Creditor's mailing address**

**Po Box 660335**

**Dallas, TX 75266-0335**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❑ No

☑ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ❑ Yes. The relative priority of creditors is specified on lines _____

Debtor    **R2 Marketing and Consulting, LLC**                                    Case number (if known) _____

     Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.21**   **Creditor's name**

    **First Citizens Bank & Trust**

    **Creditor's mailing address**

    **21146 Network Pl**

    **Chicago, IL 60673-1211**

    **Creditor's email address, if known**

    Date debt was incurred     **04/18/2022**

    Last 4 digits of account    **3  3  4  4**
    number

    **Do multiple creditors have an interest in the same property?**
    ☑ No
    ☐ Yes. Have you already specified the
         relative priority?

        ☐ No.   Specify each creditor, including
             this creditor, and its relative
             priority.

        ☐ Yes. The relative priority of creditors
             is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Chrysler Voyager          **$51,906.16**       **$25,425.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   **R2 Marketing and Consulting, LLC**                        Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.22 Creditor's name**

**First Citizens Bank & Trust**

**Creditor's mailing address**

**21146 Network Pl**

**Chicago, IL 60673-1211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Chrysler Voyager

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Column A:** $55,484.56

**Column B:** $25,225.00

Debtor    **R2 Marketing and Consulting, LLC**

Name                                                      Case number (if known)

| | Column A | Column B |
|---|---|---|
| **Part 1:**   Additional Page | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | |
|---|---|---|
| **2.23** **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
| **First Citizens Bank & Trust** | 2023 Chrysler Voyager | $55,486.56    $25,225.00 |
| **Creditor's mailing address** | **Describe the lien** | |
| **21146 Network Pl** | | |
| **Chicago, IL 60673-1211** | **Is the creditor an insider or related party?** | |
| **Creditor's email address, if known** | ☑ No | |
| | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ☑ No | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | |
| ☑ No | ☐ Contingent | |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated | |
| | ☑ Disputed | |
| ☐ No.  Specify each creditor, including this creditor, and its relative priority. | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | |

Debtor   **R2 Marketing and Consulting, LLC**                              Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.24  Creditor's name**

**First Citizens Bank & Trust**

**Creditor's mailing address**

**21146 Network Pl**

**Chicago, IL 60673-1211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chrysler Voyager

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$55,483.56**

Column B: **$22,550.00**

Debtor   **R2 Marketing and Consulting, LLC**

Name                                                                          Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.25** **Creditor's name**

**First Citizens Bank & Trust**

**Creditor's mailing address**

**21146 Network Pl**

**Chicago, IL 60673-1211**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chrysler Voyager                    **$55,485.56**          **$25,225.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **R2 Marketing and Consulting, LLC**                          Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.26** **Creditor's name**

**Ford Motor Company**

**Creditor's mailing address**

**Po Box 650574**

**Dallas, TX 75265**

**Creditor's email address, if known**

_____

Date debt was incurred     **01/03/2024**

Last 4 digits of account     **6  4  8  0**
number

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2023 RAM Dodge Postmaster 2500                    **$110,877.20**          **$49,890.00**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor    **R2 Marketing and Consulting, LLC**
_____    Case number (if known) _____
     Name

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | |
|---|---|---|---|
| **2.27** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| **Ford Motor Company** | 2023 RAM Dodge Postmaster 2500 | $110,877.20 | $49,886.00 |
| **Creditor's mailing address** | **Describe the lien** | | |
| | _____ | | |
| **Dallas, TX 75265** | | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| _____ | ☐ Yes | | |
| **Date debt was incurred**    01/03/2024 | **Is anyone else liable on this claim?** | | |
| **Last 4 digits of account**    6  4  8  0<br>**number** | ☑ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Have you already specified the<br>   relative priority? | ☐ Unliquidated | | |
|   ☐ No.  Specify each creditor, including<br>     this creditor, and its relative<br>     priority. | ☑ Disputed | | |
|    _____ | | | |
|    _____ | | | |
|   ☐ Yes. The relative priority of creditors<br>     is specified on lines _____ | | | |

Debtor   **R2 Marketing and Consulting, LLC**
Name                                                Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.28** **Creditor's name**

**Huntington National Bank**

**Creditor's mailing address**

**Po Box 77077**

**Minneapolis, MN 55480-7777**

**Creditor's email address, if known**

_____

Date debt was incurred    **02/01/2024**

Last 4 digits of account    **5   7   6   1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 RAM Dodge Postmaster 3500, 2022 RAM Dodge
Postmaster 3500, 2023 RAM Dodge Postmaster 3500

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$127,825.31**       **$149,531.00**

Debtor   **R2 Marketing and Consulting, LLC**                                    Case number (if known) _____

    Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.29** **Creditor's name**

**Insta Funding, LLC**

**Creditor's mailing address**

**1647 Bell Blvd**

**Bayside, NY 11360-1639**

**Creditor's email address, if known**

_____

Date debt was incurred    **12/14/2023**

Last 4 digits of account    **2**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**MCA Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$381,933.00      unknown

| Debtor | **R2 Marketing and Consulting, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.30 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $89,994.00 | unknown |

**Parkview Advance**

**Creditor's mailing address**

**600 Summer St**

**Stamford, CT 06901-4404**

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    05/14/2024

**Last 4 digits of account**    2
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    __R2 Marketing and Consulting, LLC__                          Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.31** Creditor's name

**Small Business Association**

Creditor's mailing address

**CESC Covid EIDL Service Center**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Creditor's email address, if known

_____

Date debt was incurred    __06/16/2020__

Last 4 digits of account number    __7__ __8__ __0__ __1__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$519,862.00**

Column B: **unknown**

Debtor  **R2 Marketing and Consulting, LLC**
_____    Case number (if known) _____
Name

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.32** **Creditor's name**

**Spartan Business Solutions, LLC**
_____

**Creditor's mailing address**

**371 E Main St Ste 2**
_____

**Middletown, NY 10940-3435**
_____

**Creditor's email address, if known**

_____

Date debt was incurred    **10/06/2023**
_____

Last 4 digits of account      **0  1  1  9**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____
_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| **$206,000.00** | **unknown** |

Fill in this information to identify the case:

Debtor name **R2 Marketing and Consulting, LLC**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**General Insolvency Operations**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

**2022**

Last 4 digits of account
number **4   8   3   2**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$19,000.00**        Priority amount **$19,000.00**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**General Insolvency Operations**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number **4   8   3   2**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$100,000.00**        Priority amount **$100,000.00**

| Debtor | R2 Marketing and Consulting, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.3**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00    $40,000.00 |
| **State of California Franchise Tax Bd.** | *Check all that apply.* | |
| **Bankruptcy Dept** | ☐ Contingent | |
| **P.O. Box 2952** | ☐ Unliquidated | |
| **Sacramento, CA 95812** | ☐ Disputed | |

**Date or dates debt was incurred**

**2023**

**Basis for the Claim:** _____

**Last 4 digits of account number** 4  8  3  2

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.4**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,000.00    $14,000.00 |
| **State of California Franchise Tax Bd.** | *Check all that apply.* | |
| **Bankruptcy Dept** | ☐ Contingent | |
| **P.O. Box 2952** | ☐ Unliquidated | |
| **Sacramento, CA 95812** | ☐ Disputed | |

**Date or dates debt was incurred**

**2024**

**Basis for the Claim:** _____

**Last 4 digits of account number** 4  8  3  2

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Debtor **R2 Marketing and Consulting, LLC**

Name

Case number *(if known)* _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**ADLI Law Group, PC**

**520 s. Grand Ave. 520**

**Los Angeles, CA 90071**

Date or dates debt was incurred **May 21.2025**

Last 4 digits of account number **9  5  1  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

$35,578.70

---

**3.2** | Nonpriority creditor's name and mailing address

**CB Charge**

**Po Box 830604**

**Birmingham, AL 35283-0604**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Charge Accouint**

Is the claim subject to offset?
☑ No
☐ Yes

$35,471.99

---

**3.3** | Nonpriority creditor's name and mailing address

**Enterprise Mobility**

**14002 E 21st St Ste 1500**

**Tulsa, OK 74134-1424**

Date or dates debt was incurred _____

Last 4 digits of account number **4  9  1  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$216,697.00

---

**3.4** | Nonpriority creditor's name and mailing address

**Model 1 Commercial Vehicles**

**9225 Priority Way West Dr Ste 300**

**Indianapolis, IN 46240-1575**

Date or dates debt was incurred **03/28/2024**

Last 4 digits of account number **7  5  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$38,344.99

| Debtor | **R2 Marketing and Consulting, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,204.00 |
|---|---|---|---|

**Motive Card**

**55 Hawthorne St. 400**

**San Francisco, ME 94105**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Charge Accouint**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Ryan Morris**

**64 Pinetree Ste 1500**

**Irvine, OK 92620-2309**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Services**

Last 4 digits of account number    t    i    n    g

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,673.09 |
|---|---|---|---|

**Verizon Wireless**

**Po Box 650051**

**Dallas, TX 75265-0051**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Utility**

Last 4 digits of account number    9    8    8    6

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,218.00 |
|---|---|---|---|

**Wexinc.com**

**1 Hancock**

**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    2024

Basis for the claim: **Charge Accouint**

Last 4 digits of account number    6    9    2    3

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **R2 Marketing and Consulting, LLC** | Case number *(if known)* |
|--------|--------------------------------------|--------------------------|
|        | Name                                 |                          |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|----------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $173,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $587,187.77 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $760,187.77 |

Spartan Business Solutions, LLC
371 E Main St Ste 2
Middletown, NY 10940-3435

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___03/14/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _03/14/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

R2 Marketing & Consulting, LLC

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/2025 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                              Page 2                        **F 1007-1.1.AMENDED.SUMMARY**

Ecf Service

- **Brian S Healy**    brian@tw2law.com

- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov

- **Michael R Totaro**    Ocbkatty@aol.com

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

Manual Service

**ADLI Law Group, PC**
520 s. Grand Ave. 520
Los Angeles, CA 90071

**Ally Financial**
500 Woodward Ave Fl 10
Detroit, MI 48226-3423

**American National Bank**
3030 Ames Ave
Omaha, NE 68111-2459

**CB Charge**
Po Box 830604
Birmingham, AL 35283-0604

**Chrysler Capital**
Po Box 660335
Dallas, TX 75266-0335

**Enterprise Mobility**
14002 E 21st St Ste 1500
Tulsa, OK 74134-1424

**First Citizens Bank & Trust**
21146 Network Pl
Chicago, IL 60673-1211

**Ford Motor Company**
Po Box 650574
Dallas, TX 75265

**Ford Motor Company**
Dallas, TX 75265

**Huntington National Bank**
Po Box 77077
Minneapolis, MN 55480-7777

**Insta Funding, LLC**
1647 Bell Blvd
Bayside, NY 11360-1639

**Internal Revenue Service**
General Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

**Model 1 Commercial Vehicles**
9225 Priority Way West Dr Ste 300
Indianapolis, IN 46240-1575

**Motive Card**
55 Hawthorne St. 400
San Francisco, ME 94105

**Parkview Advance**
600 Summer St
Stamford, CT 06901-4404

**Regus Management Group, LLC**
19800 Macarthur Blvd Ste 300
Irvine, CA 92612-2479

**Ryan Morris**
64 Pinetree Ste 1500
Irvine, OK 92620-2309

**Small Business Association**
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

**State of California Franchise Tax Bd.**
Bankruptcy Dept
P.O. Box 2952
Sacramento, CA 95812

**Verizon Wireless**
Po Box 650051
Dallas, TX 75265-0051

**Wexinc.com**
1 Hancock
Portland, ME 04101

**Spartan Business Solutions, LLC**
371 E Main St Ste 2
Middletown, NY 10940-3435