Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804 2157 (v)
Ocbkatty@aol.com

Attorneys for Debtor in Possession

**FILED & ENTERED**

APR 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

R2 Marketing and Consulting, LLC
   Debtor in Possession

Case No. 8:25-bk-10631-SC

Chapter 11

**ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL, CONVERSION, ETC.**

Date: March 27, 2025
Time: 10:00 a.m.
Ctrm: Virtual 5C
   411 W. Fourth St. Santa Ana, CA

   On March 12, 2025, Debtor in Possession R2 Marketing and Consulting, LLC ("Debtor") filed a second Chapter 11 bankruptcy case. On March 13, 2025, the Court issued an Order to Show Cause why the case should not be Dismissed or Converted to a Chapter 7 case (the "OSC"). Appearances are as noted on the record. Having considered the matter, the docket as a whole, the discussion with the parties on the record, and for the reasons on the record, the Court finds good cause to order as follows:

///

1  IT IS HEREBY ORDERED that the OSC is hereby discharged.

2  ###

Date: April 3, 2025



Scott C. Clarkson
United States Bankruptcy Judge

2