WOMBLE BOND DICKINSON (US) LLP
DAVID A. BERKLEY (SBN 260105)
David.Berkley@wbd-us.com
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone:   (714) 557-3800
Facsimile:   (714) 557-3347

Attorneys for Creditor
The Huntington National Bank

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | CASE NO. 8:25-bk-10631-SC |
| R2 MARKETING & CONSULTING, LLC | Chapter 11 |
| Debtor. | **NOTICE OF DEFAULT UNDER ORDER GRANTING MOTION FOR ADEQUATE PROTECTION** |

NOTICE OF DEFAULT UNDER ORDER GRANTING MOTION FOR ADEQUATE
PROTECTION

HUNTINGTON NATIONAL BANK ("Secured Creditor"), by and through counsel, advises the Court and the parties in interest of the Debtor's default under the terms of the Stipulation entered by this Court on April 22, 2025 (the "Order"). ECF No. 68. The Debtor has failed to make adequate protection payments to Secured Creditor for the month of November (the "Default"). Pursuant to the Stipulation, the automatic stay imposed by 11 U.S.C. § 362(a) is to be modified and terminated for cause under 11 U.S.C. § 362(d)(1) 14-days following the filing and service of this Notice (the "Service Period") unless Debtor cures the Default. Upon completion of the Service Period, the stay shall be deemed modified and terminated without further notice or hearing to allow Secured Creditor to initiate and complete foreclosure of the Collateral in accordance with the loan documents and applicable state law.

DATED:  December 4, 2025          WOMBLE BOND DICKINSON (US) LLP


By:  _____
                                 David A. Berkley
                                 Attorney for Creditor
                                 The Huntington National Bank

1

NOTICE OF DEFAULT UNDER ORDER GRANTING MOTION FOR ADEQUATE
PROTECTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**400 Spectrum Center Drive, Suite 1700, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **NOTICE OF DEFAULT UNDER ORDER GRANTING MOTION FOR ADEQUATE PROTECTION** will be served or was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia    notices@becket-lee.com
Brian S Healy    brian@tw2law.com
William J Healy    wjhealy7@gmail.com
Sweeney Kelly    kelly@ksgklaw.com
Elan S Levey    elan.levey@usdoj.gov,
usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
Garry A Masterson    BnkEcf-CA@weltman.com, gmasterson@weltman.com
Kristin T Mihelic    kristin.t.mihelic@usdoj.gov
Randall P Mroczynski    randym@cookseylaw.com
Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
Kristin A Schuler-Hintz    bknotice@mccarthyholthus.com,
Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Martha A. Warriner    martha@bankruptcysage.com
Andy C Warshaw    andy@dimarcowarshaw.com, warshaw.andyb110606@notify.bestcase.com
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
☐    Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On **December 4, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

R2 Marketing & Consulting, LLC.
19800 MacArthur Boulevard #300
Irvine, CA 92612

Penny Fox CPA, A Professional Accountancy Corporation
15615 Alton Pkwy Ste 450
Irvine, CA 92618
☐    Service information continued on attached page

1

PROOF OF SERVICE

**3.  <u>SERVED BY OVERNIGHT MAIL</u>**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2025 | Sul Lee | /s/Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY THE
HUNTINGTON NATIONAL BANK