PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Kenneth.m.misken@usdoj.gov

FILED & ENTERED

JUN 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>R2 MARKETING AND CONSULTING, LLC,<br><br>Debtor. | Case Number 8:25-bk-10631-SC<br><br>Chapter 11<br><br>ORDER DISMISSING CHAPTER 11 CASE<br><br>DATE:    June 10, 2026<br>TIME:    1:30 p.m.<br>CTRM:   5C<br>         411 W. 4th Street<br>         Santa Ana, CA 92701 |

On June 10, 2026 at 1:30 p.m., the Court held a hearing on the Confirmation of Debtor's Second Amended Combined Chapter 11 Plan of Reorganization and Disclosure Statement [Dk. 430). Appearances were made on the record.

///

///

///

1

For the reasons stated on the record at the hearing, and having considered the statements and positions of the parties at the hearing, the record in this case, and good cause appearing,

**IT IS HEREBY ORDERED**:

The above-captioned Chapter 11 case is dismissed.

###

Date: June 11, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2